IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTINA TAYLOR and
DONALD TAYLOR,

    Plaintiffs,

v.

    Case No. 19-1030-JWB

LM INSURANCE CORPORATION,

    Defendant.

## SECOND AMENDED SCHEDULING ORDER

Plaintiffs have filed an unopposed motion (ECF No. 29) to amend the scheduling order filed on May 28, 2019 (ECF No. 17). For good cause shown, the motion is granted and the scheduling order is amended as follows:

a. Plaintiffs' deadline to file a motion to compel regarding document requests and defendant's corporate designee's deposition is **September 16, 2019.**[1]

b. All discovery shall be commenced or served in time to be completed by **October 4, 2019.**

c. The final pretrial conference is rescheduled from October 22, 2019 to **November 1, 2019, at 10:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will

---

[1] This deadline was previously set by ECF No.25

O:\ORDERS\19-1030-JWB-29.DOCX

conduct the conference. No later than **October 15, 2019**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

d. The deadline for filing potentially dispositive motions shall remain **December 2, 2019.**

All other provisions of the original and amended scheduling orders shall remain in effect. The schedule adopted in this second amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated September 4, 2019, at Kansas City, Kansas.

                                                  s/ James P. O'Hara  
                                                  James P. O'Hara  
                                                  U.S. Magistrate Judge